Leslie T. Gladstone, Esq. (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: AndrewL@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

MICHAEL EUGENE CHRISTOPHER,

Debtor.

---

LESLIE T. GLADSTONE, Chapter 7 Trustee,

Plaintiff,

v.

LATIUM USA TRADING LLC; FOUR SEASONS OUTDOOR LIVING SOLUTIONS LLC; FOUR SEASONS SUNROOMS LLC; and CALIFORNIA SUNROOM PROS, CORPORATION,

Defendants.

---

Case No.: 23-02152-CL7

Adv. No.: ___

**COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS AND DISALLOWANCE OF CLAIM**

Date: None Set
Time: None Set
Dept: One (1)
Honorable Christopher B. Latham

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

Plaintiff Leslie T. Gladstone, the chapter 7 trustee (the "**Trustee**" or "**Plaintiff**") in the bankruptcy case of debtor Michael Eugene Christopher ("**Debtor**"), by and through her counsel, as and for her Complaint against Latium USA Trading LLC ("**Latium**"), Four Seasons Outdoor Living Solutions LLC ("**FSOLS**"), Four Seasons Sunrooms LLC ("**FSS**" and, together with Latium and FSOLS, the "**Four Seasons Entities**") and California Sunroom Pros, Corporation ("**CSP**"), respectfully alleges on behalf of the estate of Debtor (the "**Estate**") as follows:

## JURISDICTION AND VENUE

1. This proceeding arises in the bankruptcy case *In re Michael Eugene Christopher*, Case No. 23-02152-CL7 (the "**Case**"), which was commenced on July 28, 2023 (the "**Petition Date**"), when Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of California (the "**Court**").

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334 and the Bankruptcy Code.

3. This adversary proceeding is a core proceeding under 28 U.S.C. Section 157(b) and this Court may, consistent with Article III of the Constitution, enter final orders or judgments and conduct a trial absent consent of the parties. If it is determined that this Court may not enter final orders or judgments or conduct a trial absent consent of the parties, Plaintiff hereby so consents.

4. Venue is proper in the Southern District of California pursuant to 28 U.S.C. Section 1409 because Debtor's Case is pending in this Court.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

## PARTIES

5. Plaintiff is the chapter 7 trustee in this Case and was appointed by the United States Trustee for the Southern District of California on or about the Petition Date to represent the interests of the Estate in connection with Debtor's Case.

6. Plaintiff is informed and believes and thereon alleges that Latium is a Delaware limited liability company that conducts business under the assumed name Four Seasons Building Products.

7. Plaintiff is informed and believes and thereon alleges that FSOLS is a New York limited liability company.

8. Plaintiff is informed and believes and thereon alleges that FSS is a New York limited liability company.

9. Plaintiff is informed and believes and thereon alleges that the Four Season Entities are affiliated entities.

10. Plaintiff is informed and believes and thereon alleges that CSP is a Nevada corporation for which Debtor at one time served as officer and director.

## GENERAL ALLEGATIONS

11. Plaintiff is informed and believes and thereon alleges that Debtor held a Bank of America credit card account which, over time, was identified by the following card numbers: -1006, -0234, -6152, -6140, -2538, -0686, -7193, -5696, -0800 (the "**BoA Credit Card**").

12. Plaintiff is informed and believes and thereon alleges that between July 30, 2019, and the Petition Date, Debtor made regular payments to the Four Seasons Entities pursuant to charges made on the BoA Credit Card.

13. Plaintiff is informed and believes and thereon alleges that between November 21, 2022, and the Petition Date, Debtor made payments totaling $887,528.22 to the Four Seasons Entities (each a "**Transfer**" and, collectively, the

"**Transfers**"), pursuant to charges made on the BoA Credit Card. A list of the date and amount of each Transfer is attached hereto as Exhibit 1.

14. Plaintiff is informed and believes and thereon alleges that Debtor made the Transfers to pay amounts owed by CSP to the Four Seasons Entities for inventory ordered by CSP and sent to CSP (the "**Inventory**").

15. Plaintiff is informed and believes and thereon alleges that the Transfers were made for the benefit of CSP.

16. Plaintiff is informed and believes and thereon alleges that Debtor did not receive any of the Inventory.

17. Plaintiff is informed and believes and thereon alleges that no agreement existed between Debtor and any of the Four Seasons Entities, regarding the Inventory or otherwise, to create an obligation for Debtor to pay the Four Seasons Entities for the Inventory.

18. Plaintiff is informed and believes and thereon alleges that none of the Four Seasons Entities provided any value to Debtor in exchange for the Transfers and, therefore, none of the Four Seasons Entities provided reasonably equivalent value to Debtor for the Transfers.

19. Plaintiff is informed and believes and thereon alleges that, since the Transfers were made, none of the Four Seasons Entities has provided any value to Debtor in exchange for the Transfers.

20. Plaintiff is informed and believes and thereon alleges that, since the Transfers were made, CSP has not provided any value to Debtor as in exchange for the Transfers.

**Debtor's Insolvency**

21. Plaintiff is informed and believes and thereon alleges that each of the Transfers occurred within nine months before the Petition Date.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

22. Plaintiff is informed and believes and thereon alleges that, at the time each Transfer was made, Debtor's financial condition was such that the sum of his liabilities was greater than the value of all of his assets, at a fair valuation.

23. A list of the approximate value of Debtor's assets and approximate amount of Debtor's liabilities as of the date of each Transfer is attached hereto as Exhibit 2.

## Disallowance of Claim

24. To the extent any of the Four Seasons Entities or CSP files a proof of claim in the Case or otherwise requests payment from Debtor, the Estate, or the Trustee (collectively, the "**Claims**"), this Complaint is not intended to be, nor should it be construed as, a waiver of Plaintiff's right to object to such Claims for any reason, including, but not limited to, 11 U.S.C. Section 502, and such rights are expressly reserved. Notwithstanding this reservation of rights, Plaintiff seeks certain relief under 11 U.S.C. Section 502 as set forth below.

## FIRST CLAIM FOR RELIEF
**Avoidance of Fraudulent Transfer**
**(Against Latium, FSOLS, FSS, and CSP)**
**(11 U.S.C. § 548(a)(1)(B))**

25. Plaintiff realleges and incorporates by reference in this claim for relief Paragraphs 1 through 24 of this Complaint as though fully set forth herein.

26. The Transfers alleged herein were transfers of Debtor's interest in property.

27. Plaintiff is informed and believes and thereon alleges that the Transfers occurred between November 21, 2022, and the Petition Date, during which time Debtor transferred funds in the total amount of $887,528.22 to the Four Seasons Entities pursuant to charges made on the BoA Credit Card.

28. The Transfers alleged herein were made within nine months before the Petition Date.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

29. Plaintiff is informed and believes and thereon alleges that the Transfers were made to the Four Seasons Entities.

30. As alleged in Paragraphs 21 to 23 above, Plaintiff is informed and believes and thereon alleges that Debtor was insolvent on the date that each Transfer was made because on the date that each Transfer was made, Debtor's financial condition was such that the sum of his debts was greater than all of his assets, at a fair valuation.

31. Plaintiff is informed and believes and thereon alleges that the Transfers were made by Debtor to pay amounts owed by CSP to the Four Seasons Entities.

32. Plaintiff is informed and believes and thereon alleges that the Transfers were made for the benefit of CSP.

33. Plaintiff is informed and believes and thereon alleges that Debtor did not receive any of the Inventory.

34. Plaintiff is informed and believes and thereon alleges that no agreement existed between Debtor and any of the Four Seasons Entities, regarding the Inventory or otherwise, creating an obligation for Debtor to pay the Four Seasons Entities for the Inventory.

35. As alleged in Paragraphs 16 to 19 above, Plaintiff is informed and believes and thereon alleges that none of the Four Seasons Entities provided any value to Debtor in exchange for the Transfers.

36. As alleged in Paragraph 19 above, Plaintiff is informed and believes and thereon alleges that, since the Transfers were made, none of the Four Seasons Entities has provided any value to Debtor in exchange for the Transfers.

37. Plaintiff is informed and believes and thereon alleges that, since the Transfers were made, CSP has not provided any value to Debtor in exchange for the Transfers.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

38. Debtor received less than reasonably equivalent value in exchange for the Transfers.

39. The Transfers constitute fraudulent transfers under 11 U.S.C. Section 548(a)(1)(B) and are therefore avoidable by Plaintiff.

**SECOND CLAIM FOR RELIEF**
**Recovery of Avoided Transfers or Value Thereof**
**(11 U.S.C. § 550)**

40. Plaintiff realleges and incorporates by reference in this claim for relief Paragraphs 1 through 39 of this Complaint as though fully set forth herein.

41. Plaintiff is informed and believes and thereon alleges that upon avoidance of the Transfers under 11 U.S.C. Section 548(a)(1)(B), Plaintiff is entitled, pursuant to 11 U.S.C. Section 550, to recover for the benefit of the Estate the value of the Transfers from (a) the Four Seasons Entities, as the initial transferee, (b) CSP, as the entity for whose benefit the Transfers were made, or (c) any immediate or mediate transferee of the Four Seasons Entities.

**THIRD CLAIM FOR RELIEF**
**Disallowance of Claim**
**(11 U.S.C. § 502(d))**

42. Plaintiff realleges and incorporates by reference in this claim for relief Paragraphs 1 through 40 of this Complaint as though fully set forth herein.

43. Plaintiff is informed and believes and thereon alleges that the Four Seasons Entities are an initial transferee from whom property is recoverable under 11 U.S.C. Section 550.

44. Plaintiff is informed and believes and thereon alleges that CSP is an entity for whose benefit the Transfers were made and from whom property is recoverable under 11 U.S.C. Section 550.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

45. Plaintiff is informed and believes and thereon alleges that that the Four Seasons Entities are the transferee of the Transfers, which are avoidable under Bankruptcy Code Section 548, as set forth above.

46. Plaintiff is informed and believes and thereon alleges that CSP is the entity for whose benefit the Transfers were made and that the Transfers are avoidable under Bankruptcy Code Section 548, as set forth above.

47. Plaintiff is informed and believes and thereon alleges that neither the Four Seasons Entities nor CSP has paid the amount of the value of the Transfers to Plaintiff pursuant to Bankruptcy Code Section 550 as set forth in the Second Claim for Relief above.

48. Any and all Claims of any of the Four Seasons Entities, CSP, and/or their respective assignee(s) against the Estate must be disallowed until such time as the Four Seasons Entities and/or CSP pays or turns over to Plaintiff an amount equal to their respective liability under Bankruptcy Code Section 550.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

On the First Claim for Relief:

1. For a determination by the Court that the Transfers were fraudulent transfers within the meaning of 11 U.S.C. Section 548(a)(1)(B);

2. For a judgment against each of the Four Seasons Entities and CSP, jointly and severally, avoiding the Transfers in the total amount of $887,528.22, plus any additional amounts according to proof; and

3. For such other and further relief as the Court deems just and proper.

On the Second Claim for Relief:

4. For a judgment granting Plaintiff the right to recover, for the benefit of the Estate, the value of the Transfers from (a) the Four Seasons Entities, as the initial transferee, (b) CSP, as the entity for whose benefit the Transfers were

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

made, or (c) any immediate or mediate transferee of the Four Seasons Entities; and

5. For such other and further relief as the Court deems just and proper.

On the Third Claim for Relief:

6. For a judgment disallowing any Claims of any of the Four Seasons Entities, CSP, and/or their assignee(s) against the Estate to the extent provided for under 11 U.S.C. Section 502(d); and

7. For such other and further relief as the Court deems just and proper.

On All Claims for Relief:

8. Plaintiff seeks prejudgment and postjudgment interest, attorneys' fees, costs of suit, collection costs thereafter, and all other amounts allowed by law.

Dated: July 28, 2025

FINANCIAL LAW GROUP

By: /s/ Andrew B. Levin
Andrew B. Levin, Esq.
Attorneys for Leslie T. Gladstone, Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

# Exhibit 1

Exhibit 1

In re Michael Eugene Christopher, Case No. 23-02152-CL7
Gladstone v. Latium USA Trading LLC, et al.
EXHIBIT 1

| DATE | Transfer Amount |
|---|---|
| 11/21/2022 | $6,000.00 |
| 11/21/2022 | $6,000.00 |
| 11/22/2022 | $3,000.00 |
| 11/23/2022 | $1,000.00 |
| 12/1/2022 | $11,000.00 |
| 12/2/2022 | $5,000.00 |
| 12/3/2022 | $11,000.00 |
| 12/5/2022 | $5,000.00 |
| 12/6/2022 | $6,000.00 |
| 12/13/2022 | $8,600.00 |
| 12/16/2022 | $8,500.00 |
| 12/19/2022 | $5,400.00 |
| 12/20/2022 | $8,500.00 |
| 12/22/2022 | $8,500.00 |
| 12/23/2022 | $8,600.00 |
| 12/28/2022 | $8,600.00 |
| 12/29/2022 | $428.32 |
| 12/30/2022 | $8,600.00 |
| 1/4/2022 | $5,000.00 |
| 1/11/2023 | $3,137.74 |
| 1/17/2023 | $4,000.00 |
| 1/18/2023 | $4,000.00 |
| 1/20/2023 | $4,000.00 |
| 1/21/2023 | $4,000.00 |
| 1/23/2023 | $4,000.00 |
| 1/24/2023 | $4,000.00 |
| 1/25/2023 | $4,000.00 |
| 1/26/2023 | $4,000.00 |
| 1/27/2023 | $2,100.00 |
| 1/31/2023 | $4,000.00 |
| 2/3/2023 | $4,000.00 |
| 2/4/2023 | $4,000.00 |
| 2/6/2023 | $4,000.00 |
| 2/7/2023 | $4,000.00 |
| 2/8/2023 | $23,000.00 |
| 2/9/2023 | $6,000.00 |
| 2/10/2023 | $6,000.00 |
| 2/11/2023 | $4,000.00 |
| 2/14/2023 | $6,000.00 |

| | |
|---|---|
| **2/15/2023** | $8,000.00 |
| **2/16/2023** | $8,000.00 |
| **2/17/2023** | $8,000.00 |
| **2/18/2023** | $8,000.00 |
| **2/21/2023** | $8,000.00 |
| **2/23/2023** | $8,000.00 |
| **2/24/2023** | $8,000.00 |
| **2/24/2023** | $8,000.00 |
| **2/25/2023** | $8,000.00 |
| **2/28/2023** | $8,000.00 |
| **3/1/2023** | $8,000.00 |
| **3/10/2023** | $4,500.00 |
| **3/11/2023** | $4,500.00 |
| **3/14/2023** | $8,000.00 |
| **3/16/2023** | $6,500.00 |
| **3/17/2023** | $6,500.00 |
| **3/18/2023** | $6,500.00 |
| **3/21/2023** | $6,500.00 |
| **3/22/2023** | $6,500.00 |
| **3/24/2023** | $10,000.00 |
| **3/30/2023** | $6,500.00 |
| **4/1/2023** | $8,062.16 |
| **4/3/2023** | $6,500.00 |
| **4/4/2023** | $5,000.00 |
| **4/6/2023** | $6,500.00 |
| **4/8/2023** | $1,000.00 |
| **4/10/2023** | $6,500.00 |
| **4/11/2023** | $6,500.00 |
| **4/19/2023** | $5,000.00 |
| **4/24/2023** | $5,000.00 |
| **4/25/2023** | $5,000.00 |
| **4/28/2023** | $8,000.00 |
| **5/1/2023** | $4,000.00 |
| **5/2/2023** | $2,000.00 |
| **5/5/2023** | $6,000.00 |
| **5/8/2023** | $8,000.00 |
| **5/9/2023** | $8,000.00 |
| **5/10/2023** | $8,000.00 |
| **5/11/2023** | $8,000.00 |
| **5/16/2023** | $14,500.00 |
| **5/17/2023** | $8,000.00 |
| **5/18/2023** | $8,000.00 |
| **5/19/2023** | $8,000.00 |
| **5/22/2023** | $8,000.00 |

| | |
|---|---|
| **5/23/2023** | $8,000.00 |
| **5/24/2023** | $8,000.00 |
| **5/25/2023** | $4,000.00 |
| **5/26/2023** | $8,000.00 |
| **5/30/2023** | $8,000.00 |
| **6/1/2023** | $4,000.00 |
| **6/2/2023** | $10,000.00 |
| **6/5/2023** | $12,000.00 |
| **6/6/2023** | $12,000.00 |
| **6/7/2023** | $12,000.00 |
| **6/8/2023** | $8,000.00 |
| **6/8/2023** | $8,000.00 |
| **6/9/2023** | $8,000.00 |
| **6/13/2023** | $8,000.00 |
| **6/14/2023** | $8,000.00 |
| **6/16/2023** | $8,000.00 |
| **6/20/2023** | $10,000.00 |
| **6/22/2023** | $10,000.00 |
| **6/23/2023** | $10,000.00 |
| **6/26/2023** | $8,000.00 |
| **6/27/2023** | $8,000.00 |
| **6/28/2023** | $8,000.00 |
| **6/29/2023** | $8,000.00 |
| **6/30/2023** | $8,000.00 |
| **7/3/2023** | $8,000.00 |
| **7/5/2023** | $8,000.00 |
| **7/6/2023** | $8,000.00 |
| **7/7/2023** | $8,000.00 |
| **7/10/2023** | $7,000.00 |
| **7/11/2023** | $8,000.00 |
| **7/11/2023** | $1,000.00 |
| **7/12/2023** | $8,000.00 |
| **7/13/2023** | $8,000.00 |
| **7/14/2023** | $8,000.00 |
| **7/17/2023** | $5,000.00 |
| **7/18/2023** | $8,000.00 |
| **7/19/2023** | $8,000.00 |
| **7/20/2023** | $8,000.00 |
| **7/21/2023** | $8,000.00 |
| **7/24/2023** | $8,000.00 |
| **7/25/2023** | $8,000.00 |
| **7/26/2023** | $8,000.00 |
| **7/27/2023** | $8,000.00 |
| **7/28/2023** | $8,000.00 |

| | |
|---|---|
| **TOTAL:** | $887,528.22 |

# Exhibit 2

Exhibit 2

In re Michael Eugene Christopher, Case No. 23-02152-CL7
Gladstone v. Latium USA Trading LLC, et al.
EXHIBIT 2

| DATE | Value of Debtor's Assets | Sum of Debtor's Liabilities |
|---|---|---|
| **11/21/2022** | $5,172,761.92 | $5,219,305.40 |
| **11/22/2022** | $5,169,261.92 | $5,221,533.41 |
| **11/23/2022** | $5,169,251.94 | $5,222,985.14 |
| **12/1/2022** | $5,162,251.94 | $5,203,439.76 |
| **12/2/2022** | $5,152,446.95 | $5,200,629.48 |
| **12/3/2022** | $5,152,446.95 | $5,211,838.75 |
| **12/5/2022** | $5,152,446.95 | $5,215,000.80 |
| **12/6/2022** | $5,143,903.86 | $5,221,120.80 |
| **12/13/2022** | $5,125,026.76 | $5,204,242.22 |
| **12/16/2022** | $5,124,982.90 | $5,222,006.99 |
| **12/19/2022** | $5,124,982.90 | $5,209,748.06 |
| **12/20/2022** | $5,126,679.21 | $5,209,748.06 |
| **12/22/2022** | $5,128,109.03 | $5,202,098.67 |
| **12/23/2022** | $5,128,099.04 | $5,210,276.18 |
| **12/28/2022** | $5,119,599.04 | $5,210,409.65 |
| **12/29/2022** | $5,116,921.04 | $5,220,100.65 |
| **12/30/2022** | $5,116,960.34 | $5,214,208.45 |
| **1/4/2022** | $5,002,841.35 | $5,314,103.19 |
| **1/11/2023** | $4,999,926.49 | $5,309,297.12 |
| **1/17/2023** | $4,999,881.65 | $5,304,935.63 |
| **1/18/2023** | $4,999,846.65 | $5,304,832.17 |
| **1/20/2023** | $4,998,965.93 | $5,326,059.87 |
| **1/21/2023** | $4,998,965.93 | $5,327,181.92 |
| **1/23/2023** | $4,998,909.11 | $5,319,974.14 |
| **1/24/2023** | $5,000,741.12 | $5,318,551.48 |
| **1/25/2023** | $5,000,616.12 | $5,323,827.65 |
| **1/26/2023** | $5,000,446.12 | $5,320,716.18 |
| **1/27/2023** | $5,004,420.89 | $5,319,920.59 |
| **1/31/2023** | $5,004,415.89 | $5,326,483.85 |
| **2/3/2023** | $5,004,192.12 | $5,321,139.71 |
| **2/4/2023** | $5,004,192.12 | $5,324,272.67 |
| **2/6/2023** | $4,979,352.12 | $5,272,221.63 |
| **2/7/2023** | $4,987,626.88 | $5,298,185.68 |
| **2/8/2023** | $4,985,775.90 | $5,304,685.68 |
| **2/9/2023** | $4,986,428.92 | $5,241,231.84 |
| **2/10/2023** | $4,912,228.92 | $5,239,753.88 |
| **2/11/2023** | $4,912,228.92 | $5,240,872.87 |
| **2/14/2023** | $4,784,425.10 | $5,264,174.16 |
| **2/15/2023** | $4,784,415.10 | $5,264,174.16 |

| | | |
|---|---|---|
| **2/16/2023** | $4,777,559.48 | $5,270,208.89 |
| **2/17/2023** | $4,721,534.48 | $5,275,023.75 |
| **2/18/2023** | $4,721,534.48 | $5,275,023.75 |
| **2/21/2023** | $4,720,493.87 | $5,282,560.61 |
| **2/23/2023** | $4,720,483.88 | $5,273,679.61 |
| **2/24/2023** | $4,720,483.88 | $5,290,849.98 |
| **2/25/2023** | $4,720,483.88 | $5,300,602.17 |
| **2/28/2023** | $4,720,453.89 | $5,317,788.27 |
| **3/1/2023** | $4,726,408.91 | $5,317,788.27 |
| **3/10/2023** | $4,705,344.51 | $5,304,736.72 |
| **3/11/2023** | $4,705,344.51 | $5,301,454.81 |
| **3/14/2023** | $4,679,099.51 | $5,295,333.00 |
| **3/16/2023** | $4,672,130.67 | $5,293,523.25 |
| **3/17/2023** | $4,672,080.67 | $5,300,390.80 |
| **3/18/2023** | $4,672,080.67 | $5,307,207.85 |
| **3/21/2023** | $3,867,272.85 | $5,295,486.76 |
| **3/22/2023** | $3,849,673.54 | $5,289,453.75 |
| **3/24/2023** | $3,943,509.05 | $5,306,080.69 |
| **3/30/2023** | $4,224,069.34 | $5,301,227.40 |
| **4/1/2023** | $4,224,069.34 | $5,309,031.31 |
| **4/3/2023** | $4,211,987.33 | $5,310,269.62 |
| **4/4/2023** | $4,211,987.33 | $5,310,607.03 |
| **4/6/2023** | $4,221,601.57 | $5,313,018.95 |
| **4/8/2023** | $4,221,601.57 | $5,309,924.01 |
| **4/10/2023** | $4,201,178.78 | $5,300,727.43 |
| **4/11/2023** | $4,201,257.06 | $5,305,110.63 |
| **4/19/2023** | $4,177,804.76 | $5,308,486.46 |
| **4/24/2023** | $4,176,781.27 | $5,313,052.38 |
| **4/25/2023** | $4,168,790.95 | $5,315,358.38 |
| **4/28/2023** | $4,164,793.25 | $5,313,505.77 |
| **5/1/2023** | $4,161,109.68 | $5,367,476.41 |
| **5/2/2023** | $4,159,963.65 | $5,368,704.69 |
| **5/5/2023** | $4,153,231.29 | $5,370,664.88 |
| **5/8/2023** | $4,152,545.70 | $5,345,863.95 |
| **5/9/2023** | $4,149,620.44 | $5,355,734.58 |
| **5/10/2023** | $4,149,361.27 | $5,365,416.38 |
| **5/11/2023** | $4,148,855.96 | $5,371,242.74 |
| **5/16/2023** | $4,140,542.26 | $5,367,261.48 |
| **5/17/2023** | $4,140,147.96 | $5,351,819.62 |
| **5/18/2023** | $4,134,251.41 | $5,351,716.23 |
| **5/19/2023** | $4,133,047.55 | $5,346,851.23 |
| **5/22/2023** | $4,130,046.90 | $5,351,195.37 |
| **5/23/2023** | $4,129,564.35 | $5,354,535.26 |
| **5/24/2023** | $4,128,294.25 | $5,359,910.11 |

| | | |
|---|---|---|
| **5/25/2023** | $4,128,055.28 | $5,355,767.25 |
| **5/26/2023** | $4,127,895.83 | $5,364,767.25 |
| **5/30/2023** | $4,117,348.80 | $5,361,642.06 |
| **6/1/2023** | $4,600,098.40 | $5,353,859.09 |
| **6/2/2023** | $4,599,363.25 | $5,359,406.05 |
| **6/5/2023** | $4,598,960.14 | $5,348,344.85 |
| **6/6/2023** | $4,598,690.70 | $5,361,844.85 |
| **6/7/2023** | $4,593,347.84 | $5,358,244.85 |
| **6/8/2023** | $4,592,278.08 | $5,358,282.75 |
| **6/9/2023** | $4,566,091.32 | $5,360,522.76 |
| **6/13/2023** | $4,551,065.59 | $5,361,292.76 |
| **6/14/2023** | $4,550,499.43 | $5,361,948.84 |
| **6/16/2023** | $4,547,505.57 | $5,358,613.79 |
| **6/20/2023** | $4,559,282.04 | $5,332,383.79 |
| **6/22/2023** | $4,553,913.90 | $5,358,033.27 |
| **6/23/2023** | $4,553,463.90 | $5,344,082.83 |
| **6/26/2023** | $4,553,366.87 | $5,310,724.82 |
| **6/27/2023** | $4,551,691.87 | $5,296,729.77 |
| **6/28/2023** | $4,551,343.75 | $5,305,905.44 |
| **6/29/2023** | $4,551,322.21 | $5,314,405.44 |
| **6/30/2023** | $4,551,322.27 | $5,323,713.67 |
| **7/3/2023** | $4,548,487.86 | $5,335,987.81 |
| **7/5/2023** | $4,537,987.56 | $5,346,232.72 |
| **7/6/2023** | $4,536,762.56 | $5,356,010.92 |
| **7/7/2023** | $4,536,502.56 | $5,365,583.08 |
| **7/10/2023** | $4,536,278.81 | $5,374,943.92 |
| **7/11/2023** | $4,535,996.09 | $5,374,152.92 |
| **7/12/2023** | $4,529,833.13 | $5,371,652.92 |
| **7/13/2023** | $4,526,795.89 | $5,369,787.92 |
| **7/14/2023** | $4,526,798.13 | $5,369,316.49 |
| **7/17/2023** | $4,517,640.95 | $5,374,452.40 |
| **7/18/2023** | $4,517,527.64 | $5,373,278.46 |
| **7/19/2023** | $4,517,527.64 | $5,363,478.46 |
| **7/20/2023** | $4,515,412.16 | $5,371,480.70 |
| **7/21/2023** | $4,515,384.17 | $5,373,101.59 |
| **7/24/2023** | $4,514,690.35 | $5,373,354.31 |
| **7/25/2023** | $4,514,295.62 | $5,371,388.93 |
| **7/26/2023** | $4,513,559.62 | $5,370,462.98 |
| **7/27/2023** | $4,515,794.17 | $5,369,462.98 |
| **7/28/2023** | $4,515,794.17 | $5,368,599.00 |